**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-2453**

―――――――――

JOHN DOE,

Plaintiff - Appellant,

versus

TOWSON STATE UNIVERSITY,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CA-96-1262-JFM)

―――――――――

Submitted: March 24, 1998          Decided: June 18, 1998

―――――――――

Before WILKINS and NIEMEYER, Circuit Judges, and HALL, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

John Doe, Appellant Pro Se. Richard Allen Weitzner, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Michael Anthony Anselmi, Assistant Attorney General, Towson, Maryland, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of Defendant in Appellant's employment discrimination action. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Doe v. Towson State Univ.</u>, No. CA-96-1262-JFM (D. Md. Oct. 2, 1997). We deny Appellant's motion to reseal the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>